HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT, SBN 172990
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
LEPRINO FOODS COMPANY

Attorneys for Plaintiff
MONTIGRYCK WINDBUSH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MONTIGRYCK WINDBUSH, an individual, on behalf of himself, on behalf of all persons similarly situated, and as the representative of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. 1:14-cv-00306-LJO-SAB<br><br>ORDER GRANTING REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE |

The parties in the above-captioned case have stipulated to a continuance of the Scheduling Conference, presently set for May 6, 2014 at 9:30 a.m. Good cause appearing, the Court hereby makes the following order:

The Scheduling Conference is continued from May 6, 2014, at 9:30 a.m., until August 5, 2014, at 3:00 p.m.

IT IS SO ORDERED.

Dated:   **April 29, 2014**

UNITED STATES MAGISTRATE JUDGE