UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIGRYCK WINDBUSH, an individual, on behalf of himself, on behalf of all persons similarly situated, and as the representative of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>LEPRINO FOODS COMPANY, a Colorado corporation; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:14-cv-00306-LJO-SAB<br><br>**ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE BASED ON THE STIPULATION OF ALL PARTIES (Doc. 8)** |

Based on the stipulation of all parties, Doc. 7, and Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure:

1. Plaintiff's entire complaint against Defendants, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice.

2. Plaintiff and Defendants shall each bear their own costs and attorneys' fees incurred in this matter.

3. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:  **July 21, 2014**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE